**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-mj-754 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Andrew Walter Sandvik, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel moves for a determination that defendant Andrew Walter Sandvik may be incompetent, and the United States moves for an order requiring Sandvik to undergo a psychiatric and/or psychological examination to determine whether he is suffering from a mental disease or defect that would render him mentally incompetent and therefore unable to properly assist in his defense. (Doc. 13; Doc. 18). Defense counsel does not oppose the United States' motion. (Doc. 19).

The Court finds there is reasonable cause to believe Sandvik may be presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. The motions for a determination that he may be incompetent and for an examination are therefore **GRANTED**.

Pursuant to 18 U.S.C. § 4241(a) and (b), the court orders that a hearing be conducted to determine Sandvik's mental competency and that a psychiatric or psychological examination of Sandvik be conducted prior to the hearing.

Pursuant to 18 U.S.C. § 4241(b), Sandvik is remanded to the custody of the Attorney General for the purpose of conducting psychiatric and/or psychological examinations to evaluate Sandvik's mental condition and competence to stand trial. The

examinations are to be performed in accord with 18 U.S.C. § 4247(b) and (c). A psychiatric or psychological report shall be prepared by the examiner and shall include all information set forth in 18 U.S.C. § 4247(c), which provides as follows:

> A psychiatric or psychological report ordered pursuant to this chapter shall be prepared by the examiner designated to conduct the psychiatric or psychological examination, shall be filed with the court with copies provided to the counsel for the person examined and to the attorney for the Government, and shall include—
>
> (1)    the person's history and present symptoms;
>
> (2)    a description of the psychiatric, psychological, and medical tests that were employed and their results;
>
> (3)    the examiner's findings; and
>
> (4)    the examiner's opinions as to diagnosis, prognosis, and—
>
> > (A)    if the examination is ordered under section 4241, whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The resulting report shall be provided to the court by the assigned examiner. Upon receipt of the report, the court will distribute copies of the report to counsel and schedule a competency hearing. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the time that accumulates from the filing of the motion for a competency evaluation through the subsequent hearing and the issuance of an order by the court on competency is excluded from the computation of time under the Speedy Trial Act.

**IT IS SO ORDERED**.

Dated this 19th day of November, 2025.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge