AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

REC'D USMS-FARGO, ND
'25 NOV 6 AM 9:56

| | |
|---|---|
| United States of America<br>v.<br>ANDREW WALTER SANDVIK<br><br>*Defendant* | )<br>)<br>) Case No. 3:25-mj-754<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANDREW WALTER SANDVIK                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 115(a)(1)(B) - Influencing Federal Official by Threat


Date: November 5, 2025

_____
Issuing officer's signature

City and state:   Fargo, ND

Alice R Senechal
U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  11-5-2025 , and the person was arrested on *(date)*  11-6-2025
at *(city and state)*   Moorhead, MN     .

Date:  11-7-2025

_____
Arresting officer's signature

Sarah L. Thaden / Special Agent, FBI
*Printed name and title*